O

1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,          )
                                         )
12                   Plaintiff,          )        SA 07-121M
                                         )
13        v.                             )   ORDER OF DETENTION AFTER HEARING
                                         )         (18 U.S.C. § 3142(i))
14   JULIO HERNANDEZ-RODRIGUEZ,          )
                                         )
15                   Defendant.          )
     _____)

16

17                                        I.

18   A.  ( ) On motion of the Government involving an alleged

19        1.  ( )  crime of violence;

20        2.  ( )  offense with maximum sentence of life imprisonment or death;

21        3. ( )   narcotics or controlled substance offense with maximum sentence of ten or more years

22             (21 U.S.C. §§  801,/951, et. seq..,/955a);

23        4.  ( )  felony - defendant convicted of two or more prior offenses described above.

24   B.  On motion  ( ) (by the Government) / ( ) (by the Court sua sponte involving)

25        1.  ( X )    serious risk defendant will flee;

26        2.  ( )  serious risk defendant will

27             a. ( )   obstruct or attempt to obstruct justice;

28             b. ( )   threaten, injure, or intimidate a prospective   witness or juror or attempt to do so.

---

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

1          II.

2     The Court finds no condition or combination of conditions will reasonable assure:

3     A. ( X )    appearance of defendant as required; and/or

4     B. ( ) safety of any person or the community;

5          III.

6     The Court has considered:

7     A. ( x ) the nature and circumstances of the offense;

8     B. (x) the weight of evidence against the defendant;

9     C. (x) the history and characteristics of the defendant;

10    D. ( ) the nature and seriousness of the danger to any person or to the community.

11         IV.

12    The Court concludes:

13    A. ( ) Defendant poses a risk to the safety of other persons or the community because:

14

15    B. (x )    History and characteristics indicate a serious risk that defendant will flee because:

16         **Defendant is undocumented.  He has no ties to the community and no bail**

17         **resources.**

18

19    C. ( ) A serious risk exists that defendant will:

20         1. ( )    obstruct  or  attempt to  obstruct  justice;

21         2. ( )    threaten, injure or intimidate a witness/ juror; because:

22

23    D. ( ) Defendant has not rebutted by sufficient evidence to the contrary the presumption

24         provided in 18 U.S.C. § 3142 (e).

25  ///

26  ///

27  ///

28  ///

---

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

1      IT IS ORDERED that defendant be detained prior to trial.

2      IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections

3  facility separate from persons awaiting or serving sentences or person held pending appeal.

4      IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private

5  consultation with his counsel.

6

7

8  Dated: April 24, 2007

9

                                     Marc L. Goldman

10                               U.S. Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**